UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62392-CIV-DIMITROULEAS

KENICKAY PRENDERGAST,

Plaintiff,

vs.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

Defendant.
_______________________________________/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*. On November 9, 2016, this Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 11]. On February 16, 2017, a Notice of Pending Settlement was filed, stating that the parties reached a settlement. *See* [DE 16]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **March 9, 2017**, the parties shall either file the appropriate dismissal papers pursuant to Rule 41 of the Federal Rules of Civil Procedure or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of March, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record